| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

International Trade S.A. §
    International §
§
*versus* § Civil Action 1:20CV137
§ In Admiralty, Rule 9(h)
"La Darien Navegacion" S.A. §
Marugame Kisen Kaisha LTD., in §
personam, and the M/V Ocean Innovation, §
her engines, tacke and apparel

§
    Defendants. §

## WARRANT TO SEIZE A VESSEL

**To The UNITED STATES MARSHAL
UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS:**

You are commanded immediately to arrest the <u>M/V Ocean Innovation, her engines, tackle, Appurtenances, etc. and</u>, her equipment and appurtenances, and to server a copy of the complaint and this warrant on the person in possession of the vessel or his agent, and promptly return your writ.

Dated: <u>September 1, 2020</u>.

                                                Clerk of Court

                                              By: <u>Dahlila Rodriguez</u>
                                                  Deputy Clerk

RECEIVED
U.S. MARSHAL S/TX
2020 SEP -1 PM 4:48
BROWNSVILLE, TX